

LexisNexis(R) Forms FORM 90-41:2

Litigation

Notice

U.S. District Court, All Districts

## Form No. 41:2 Notice of Dismissal—Only One Defendant Dismissed

[*Caption. See Form No. 41:1*]

NOTICE OF DISMISSAL AS TO DEFENDANT ___THQ Inc___ [*NAME*]

(Fed. R. Civ. P. 41(a)(1)(A)(i))

The plaintiff, ___Richard J Baker___ [*name of plaintiff*], dismisses, without prejudice, all claims asserted in this action against defendant ___THQ Inc___ [*name of dismissed defendant*] and against that defendant only. The action remains pending and is not dismissed as to any other defendant.

Plaintiff dismisses defendant ___THQ Inc___ [*name of dismissed defendant*] pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure on the grounds that this defendant has not yet served an answer or moved for summary judgment in this action.

Dated: ___3/16/2015___        Case No 6:15-cv-00146 -JRG-KNM

___R Baker___            [*Signature block. See Form No. 41:1*]

Bender's Federal Practice Forms
Copyright 2015, Matthew Bender & Company, Inc., a member of the LexisNexis Group.



Clerk of Court
Tyler Federal Civil Court
211 West Ferguson St
Room 106
Tyler Texas 75702
USA

CLERK U.S. DISTRICT COURT
RECEIVED
MAR 26 2015
EASTERN DIST OF TEXAS

ALPINE NP VIC
$2.75 AUSTRALIA
International POST

Sender
Richard J Baker
9 Deloraine Court
Mermaid Waters Qld
Australia 4218